USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:23-cr-165**

**HOUSTON DIVISION**

USAO Number: 2023R02031
Magistrate Number: 4:23-mj-568

United States Courts
Southern District of Texas
FILED
*April 12, 2023*

**CRIMINAL INDICTMENT**

Filed: Nathan Ochsner, Clerk of Court    Judge: **Hoyt**

UNITED STATES of AMERICA
vs.

DANIEL BYRD

**ATTORNEYS:**
**ALAMDAR S. HAMDANI, USA**    (713) 567-9000
Kimberly A. Leo, AUSA    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Distribution of Child Pornography [18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1)]
Ct. 2: Receipt of Child Pornography [18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1)]
Ct. 3: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2)]

**PENALTY:**
Cts. 1&2: No less than 5 years and not more than 20 years in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 special assessment; $5,000 special assessment (Justice for Victims Trafficking Act 2015); up to $35,000 special assessment (AVAA) & mandatory restitution of at least $3,000 per victim.
Ct. 3: Up to 10 years in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 special assessment;
$5,000 special assessment (Justice for Victims Trafficking Act 2015); up to $17,000 special assessment (AVAA) & mandatory restitution of at least $3,000 per victim.

☐ In Jail
☒ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**