United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § DANIEL BYRD § § § § § § § § § § | CRIMINAL NO: **4:23-cr-165** |

**ORDER FOR ISSUANCE OF NOTICE**

A  CRIMINAL INDICTMENT  has been filed against the defendant who is

☑ Released on Conditions   ☐ Detained   ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant   04/21/2023

at   10:00 am   .

SIGNED at Houston, Texas, on   April 12, 2023   .

*Yvonne Y. Ho*
UNITED STATES MAGISTRATE JUDGE