UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                    Case Number: 4:23–cr–00165

Daniel Byrd

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  4/21/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   April 13, 2023

Nathan Ochsner, Clerk