UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:23-CR-00165-1** |
| | § | |
| **DANIEL BYRD**. | § | |

## NOTICE OF APPEARANCE

Please take notice that Paul H. Doyle of Paul Doyle & Associates, P.C. hereby gives notice of appearance as lead counsel for Defendant, Daniel Byrd.

Respectfully submitted,

PAUL DOYLE & ASSOCIATES, P.C.

*/s/ Paul H. Doyle*
Paul H. Doyle
State Bar No. 21011387
440 Louisiana Street, Suite 2300
Houston, Texas  77002
Telephone:  (713) 228-9200
Facsimile:  (713) 228-9203
paul@pauldoylelaw.com

**ATTORNEY FOR DANIEL BYRD**

## CERTIFICATE OF SERVICE

I, Paul H. Doyle, hereby certify that a true and correct copy of the foregoing instrument was delivered by ECF to Assistant U.S. Attorney Kim Leo on April 17, 2023.

*/s/ Paul H. Doyle*
PAUL H. DOYLE