IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 4:23-cr-00165-1 |
| | § |
| | § |
| DANIEL BYRD | § |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes DANIEL BYRD, Defendant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for Ike Okorafor to withdraw and to substitute Paul H. Doyle of Paul Doyle & Associates, P.C., as attorney of record for Defendant in this cause, and in support thereof would show:

Paul H. Doyle has been employed to represent Daniel Byrd in this case. Daniel Byrd approves this substitution. Please serve all further pleadings and papers on:

>Paul H. Doyle
>Paul Doyle & Associates, P.C.
>440 Louisiana Street, Suite 2300
>Houston, Texas 77002
>(713) 228-9200
>(713) 228-9203 (fax)
>paul@pauldoylelaw.com

This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

WHEREFORE, the Defendant, Daniel Byrd respectfully prays that this Court grant his Motion.

Respectfully submitted,

By: _____
Paul H. Doyle
State Bar No. 240811387
Trevor Sharon
State Bar No. 24086579
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-9200 Telephone
(713) 228-9203 Facsimile
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

**ATTORNEY FOR THE DEFENDANT**

**APPROVED AS TO FORM AND CONSENT:**

By: /s/ _____
Ike Okorafor
State Bar No. 24071773
Federal Public Defender
440 Louisiana St., Suite 1350
Houston, Texas 77002
(713) 718-4600 Telephone
Ike_Okorafor@fd.org

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon the U.S. Attorney's Office via CM/ECF on April 17, 2023:

_____
Paul H. Doyle