UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 4:23-CR-00165-1 |
| DANIEL BYRD. | § | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Now comes DANIEL BYRD, defendant in the above entitled and numbered cause, by and through his attorney of record, and WAIVES his physical appearance at his Arraignment, allowing him to appear via telephone.

_____
Daniel Byrd, Defendant


Respectfully Submitted,

**Paul Doyle & Associates, P.C.**

By:_____
Paul Doyle
State Bar No. 24011387
Trevor Sharon
State Bar No. 24086579
440 Louisiana Suite 2300
Houston, Texas 77002
Phone (713) 228-9200
Fax (713) 228-9203
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of this Request was sent by email to the Assistant District Attorney, upon filing of this Request through the county District Clerk's Office by DCO eFile.

*/s/ Paul Doyle*
**Paul H. Doyle**
*Attorney for Defendant*