United States District Court
Southern District of Texas
**ENTERED**
April 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | CRIMINAL NO. 4:23-cr-00165-1 |
| DANIEL BYRD | § | |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

ON THIS DAY the Court considered Defendant, Daniel Byrd's Motion to Substitute Counsel, and the Court finds that the motion has merit and should be granted. It is therefore,

ORDERED that Ike Okorafor is discharged as attorney of record, and Paul H. Doyle of Paul Doyle & Associates, P.C. is hereby substituted as attorney of record for the Defendant, Daniel Byrd.

Signed on this 25 day of April, 2023.

_____
JUDGE PRESIDING