IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:23-cr-00165-1** |
| | § | |
| | § | |
| DANIEL BYRD | § | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE

Daniel Byrd's Unopposed Motion for Continuance is hereby:

GRANTED / DENIED.

A new scheduling order will be issued.

SIGNED this the _____ day of _____, 2023.

_____
United States District Judge