IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.     § | CRIMINAL NO. 4:23-cr-00165-1 |
| § | |
| § | |
| DANIEL BYRD § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Daniel Byrd, who respectfully requests this Honorable Court to enter an order continuing this cause and in support thereof would show as follows:

1. The United States Government is unopposed to this motion.

2. The case is currently scheduled for Pretrial Conference on February 26, 2024, and Trial on March 4, 2024.

3. Defendant is still in the process of completing discovery and needs additional time to have an expert review.

4. The Defendant has filed a waiver for a speedy trail.

5. This motion is not made for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court grant this motion and reset the trial for 90 days or whichever date this Honorable Court sees fit.

Respectfully submitted,

**PAUL DOYLE & ASSOCIATES, P.C.**

By: _/s/ Paul Doyle_
Paul Doyle
State Bar No. 24011387
Trevor Sharon

2

>State Bar No. 24086579
>440 Louisiana Suite 2300
>Houston, Texas 77002
>(713) 228-9200 Telephone
>(713) 228-9203 Facsimile
>paul@pauldoylelaw.com
>trevor@pauldoylelaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of February 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

>*/s/ Paul Doyle*
>Paul Doyle
>Attorney for Daniel Byrd

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on the 23rd day of February 2024, counsel spoke the assigned, Assistant United States Attorney, stating that she was unopposed to this motion.

>*/s/ Trevor Sharon*
>Trevor Sharon
>Attorney for Daniel Byrd