United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:23-CR-00165 |
| § | |
| DANIEL BYRD § | |

## **ORDER**

The Court has considered the defendant's Unopposed Motion for Continuance, wherein counsel for defendant Daniel Bryd, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on these representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial.

The Court also finds that, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion for continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on the date of this Order and shall end at commencement of trial or disposition of charges. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| Pretrial motions shall be filed by: | June 3, 2024 |
| Responses shall be filed by: | June 17, 2024 |
| The pretrial conference shall be held at 10:00 a.m.: | June 24, 2024 |
| Jury Selection/Trial in this case is set at 9:00 a.m.: | July 1, 2024 |

SIGNED on March 18, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1