IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-23-165 |
| DANIEL BYRD | § | |

**NOTICE OF APPEARANCE**

The United States hereby gives notice to the Court of the assignment of counsel for the above referenced case. Effective immediately, Jay Hileman, Assistant United States Attorney, will be assigned to this case.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    United States Attorney

By:    /S/ Jay Hileman
    Jay Hileman
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 567-9391