UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:23−cr−00165

Daniel Byrd

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/25/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   November 20, 2024

Nathan Ochsner, Clerk