United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00165 |
| | § | |
| DANIEL BYRD | § | |

### Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **January 27, 2025**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **February 10, 2025**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **February 24, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **March 3, 2025 at 10:00 a.m.** (*no sooner than 35 days from initial disclosure*).

5. To attend interviews with the defendant, counsel must notify the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this Order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

SIGNED on November 25, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge