IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:23-cr-00165-1** |
| | § | |
| | § | |
| DANIEL BYRD | § | |

**<u>DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

TO THE HONORABLE JUDGE KENNETH M. HOYT:

COMES NOW Daniel Byrd, Defendant, by and through his counsel, Paul H. Doyle, requests this Court to enter an order modifying the conditions of release, to remove home detention as a condition of release and add a curfew of 9pm-9am.

1. The Order Setting Conditions of Release was entered on March 27, 2023..

2. Defendant is currently being supervised by the U.S. Pretrial Services Office in the Northern District of Texas.

3. Defendant has had no violations while on bond.

4. The United States is unopposed to this request.

5. This Probation officer supervising Mr. Bryd, Ms. Rich, is unopposed to this request and selected the curfew period.

WHEREFORE, PREMISES CONSIDERED, Daniel Byrd prays that the Court enter an Order modifying the Conditions of Release by (1) removing the condition of home detention And (2) adding a curfew of 9pm – 9am.

Respectfully submitted,

**PAUL DOYLE & ASSOCIATES, P.C.**

By: /s/ Trevor Sharon
Paul H. Doyle
State Bar No. 24011387
440 Louisiana, Suite 2300
Houston, TX 77002
Telephone: 713.228.9200
Facsimile: 713.228.9203
paul@pauldoylelaw.com

*Attorney for Defendant, Walter Salek*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ Trevor Sharon
Trevor Sharon

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 4th day of January 2025, counsel emailed with Jay Hileman, Assistant United States Attorney, stating that he was unopposed to this motion. On January 8, 2025, counsel spoke with US Probation Officer Courtney Rich who stated that she was unopposed to this request.

*/s/ Trevor Sharon*
Trevor Sharon
Attorney for Daniel Byrd

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:23-cr-00165-1** |
| | § | |
| | § | |
| DANIEL BYRD | § | |

## **ORDER**

Considering the Motion of the Defendant to modify the conditions of release,

IT IS ORDERED that said Motion be and hereby is GRANTED / DENIED.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release be modified by (1) the Defendant is no longer on Home Confinement and (2) the Defendant is placed on curfew and must be at his home address registered with the United States Probation office between the hours of 9:00 P.M to 9:00 A.M.

Signed on _____, 2025.

_____
JUDGE PRESIDING