IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO.  4:23-cr-00165-1** |
| | § | |
| | § | |
| DANIEL BYRD | § | |

## ORDER

Considering the Motion of the Defendant to modify the conditions of release,

IT IS ORDERED that said Motion be and hereby is GRANTED / DENIED.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release be modified by (1)

the Defendant is no longer on Home Confinement and (2) the Defendant is placed on curfew and

must be at his home address registered with the United States Probation office between the hours

of 9:00 P.M to 9:00 A.M.

Signed on _____, 2025.


_____
JUDGE PRESIDING