United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:23-CR-00165 |
| § | |
| DANIEL BYRD § | |

### ORDER RESETTING SENTENCING

Daniel Byrd's unopposed motion for continuance (Dkt. No. 40) is Granted.

- The presentence investigation report will be available to the defendant on March 10, 2025.

- Counsel will file objections or a statement of no objection within fourteen days after disclosure on March 24, 2025.

- The final copy of the PSR and the addendum will be filed with the Court seven days prior to sentencing.

- The sentencing will be held:

    Date: April 7, 2025

    Time: 10:00 a.m.

The Clerk shall enter this Order and provide a copy to all parties.

It is so ORDERED.

SIGNED on February 10, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge