United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00165 |
| | § | |
| DANIEL BYRD | § | |

## ORDER

Considering the Motion of the Defendant to modify the conditions of release (Dkt. No. 36),

IT IS ORDERED that said Motion be and hereby is GRANTED.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release be modified by (1) the Defendant is no longer on Home Confinement and (2) the Defendant is placed on curfew and must be at his home address registered with the United States Probation office between the hours of 9:00 P.M to 9:00 A.M.

It is so ORDERED.

SIGNED on February 19, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge