United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00165 |
| | § | |
| DANIEL BYRD | § | |

## ORDER

It is ORDERED that the defendant, Daniel Byrd, be released from GPS, immediately.

It is so ORDERED.

SIGNED on April 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge