# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-23-165 |
| | § | |
| DANIEL BYRD | § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE COURT:

Pursuant to the plea agreement, the United States of America moves to dismiss Count One of the indictment against the defendant. The defendant has been convicted and sentenced on Counts Two and Three.

Respectfully Submitted,

NICLOAS J. GANJEI
Acting United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney