United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-23-165 |
| DANIEL BYRD | § | |

### ORDER

The government's motion to dismiss Count One of the indictment is granted.

**IT IS ORDERED** that Count One of the indictment is dismissed because the defendant has been convicted and sentenced under Counts Two and Three.

SIGNED in Houston, Texas on _April 7_, 2025.

_____
UNITED STATES DISTRICT JUDGE