United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> DANIEL BYRD § <br>       **Defendant.** § | CRIMINAL NO: 4:23-cr-00165 |

## ORDER OF FORFEITURE AT SENTENCING

On November 25, 2024, the defendant pled guilty to the offenses of receipt of child pornography in violation of Title 18 United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1), and possession of child pornography in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). On April 7, 2024, the defendant was sentenced to 60 months in the Bureau of Prisons for both offenses, to run concurrently.

The Preliminary Order of Forfeiture, which was signed on November 25, 2024 (Document 35) and became final as to the defendant Daniel Byrd on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on April 16, 2025.

                                            Kenneth M. Hoyt
                                            United States District Judge